IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| Tracy Cohen, | ) Case No. 1:24-cv-569 |
| Plaintiff, | ) |
| v. | ) |
| Kering, Gucci, Gucci America, Inc., and Gucci North American Holdings, Inc. | ) Honorable Martha Pacold |
| Defendants. | ) |

**DEFENDANT KERING AMERICAS, INC.'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Rule 3.2, Defendant Kering Americas, Inc. states as follows:

Kering Americas, Inc. is wholly owned by Kering Holland NV, which is wholly owned by Kering SA, which is a French publicly traded company.

Dated: March 29, 2024

By: /s/ Rachel Cowen
By Its Attorneys

Rachel Cowen (IL Bar No. 6217360)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, IL 60606-0029
Tele: +1 312 372 2000
Fax: +1 312 984 7700

Jean Edmonds (IL Bar No. 6338928*)
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Tele: +1 212 547 5571
Fax: +1 212 547 5444
*Licensed to practice in Illinois; not yet licensed in New York*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

/s/ *Rachel Cowen*
Rachel Cowen