IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN ) | |
| ) | No. 1:24-cv-569 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERING, GUCCI, ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and ) | |
| GUCCI NORTH AMERICAN ) | Hon. Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**JOINT STATUS REPORT**

1. The status of written discovery including production of documents:

    The parties have each served and provided responses to written discovery. Each party has made an initial production of documents. Plaintiff is in the process of procuring medical records. Defendants are working to gather and produce additional responsive documents.

2. The identity of all fact witnesses either side then intends to depose before the close of fact discovery based on then available information:

    Plaintiff:
    1. David Benjamin
    2. Amy Hannaford
    3. Lisa Gutierrez
    4. William Blomquist
    5. Noe Gaona

    As such, additional depositions may need to be taken upon Defendants' production.

    Defendants:
    1. Tracy Cohen

3. Confirmed or proposed dates for depositions the parties have calendared:

    The Parties have started deposition discovery and are currently scheduling additional depositions for July and August .

4. Dates for Rule 26(a)(2) disclosures and any expert depositions:

1

      Plaintiff: By December 1, 2024.
      Defendants: By December 16, 2024.


Dated: July 1, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Tamara Holder* | */s/ Rachel Cowen* |
| Tamara Holder | Rachel Cowen |
| Attorney for Plaintiff | *Attorney for Defendants* |
| | |
| | */s/ Kristin Taylor* |
| | Kristin Taylor |
| | *Attorney for Defendants* |

                                                            Report Filed By:
                                                            By: **/s/ Kristin A. Taylor**
                                                            Kristin A. Taylor
                                                           McDermott Will & Emery LLP
                                                           1180 Peachtree Street NE, Suite 3350
                                                           Atlanta, GA 30309
                                                           Phone: (404) 260-8580
                                                           kataylor@mwe.com