IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN ) | |
| ) | No. 1:24-cv-569 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERING, GUCCI, ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and ) | |
| GUCCI NORTH AMERICAN ) | Hon. Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 12, 2024 [ECF No. 23], the Parties hereby submit the following updated Status Report.

1. Depositions that have been taken:

    a. Michael Aguilera on June 17, 2024

2. Depositions that have been scheduled:

    a. Tracy Cohen: September 18

    b. Elizabeth Kolosa: October: 17

    c. Amy Hannaford: October: 10

    d. Lisa Gutierrez: October 22

3. Depositions the parties are in the process of scheduling:

    a. David Benjamin

4. Status of written discovery and document production:

    Defendants have roughly 25,000 documents ready to produce to Plaintiff upon this Court's entry of Protective Order. Defendants have proffered this Court's Form LR 26.2

1

Model Confidentiality Order to Plaintiff, but she seeks to incorporate revisions to which Defendants object. Defendants have noticed a motion before the Court for **Tuesday, August 13, 2024 at 9:30 a.m.** seeking entry of the Form LR 26.2 Model Confidentiality Order. Upon the Court's entry of an Order, Defendants will produce the same.

Dated: August 8, 2024

Respectfully submitted,

/s/ *Tamara Holder*
Tamara Holder
Attorney for Plaintiff

/s/ *Rachel Cowen*
Rachel Cowen
*Attorney for Defendants*

/s/ *Kristin Taylor*
Kristin Taylor
*Attorney for Defendants*

Report Filed By:
By: /s/ *Kristin A. Taylor*
Kristin A. Taylor
McDermott Will & Emery LLP
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309
Phone: (404) 260-8580
kataylor@mwe.com

2