# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tracy Cohen

                Plaintiff,

v.                                          Case No.: 1:24−cv−00569
                                                    Honorable Martha M. Pacold

Gucci, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [26]. The parties shall file an updated joint status report by 10/15/24 confirming that all fact depositions that either side intends to take before the close of fact discovery on 11/1/24 have been taken or are scheduled to be taken. The status report also should indicate whether settlement is a realistic possibility in this case and, if so, next steps in that regard. An in−person status hearing is set for 11/7/24 at 10:00 a.m. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.