IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN ) | |
| ) | No. 1:24-cv-569 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERING, GUCCI, ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and ) | |
| GUCCI NORTH AMERICAN ) | Hon. Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 19, 2024 [ECF No. 29], the Parties hereby submit the following updated Joint Status Report.

1. Depositions that have been taken:

    a. Michael Aguilera on June 17, 2024

2. Depositions that have been scheduled:

    a. Bryant Turner:     November 14, 2024
    b. Tyler Rinehart:    November 15, 2024
    c. Tracy Cohen:       November 20, 2024
    d. Amy Hannaford:     November 22, 2024
    e. David Benjamin:    November 26, 2024
    f. Lisa Gutierrez:    December 9, 2024
    g. Elizabeth Kolosa:  December 18, 2024
    h. William Blomquist  January 27, 2025

3. Depositions the parties are in the process of scheduling:

    a. Julius Jackson
    b. Plaintiff may need to depose others once a review of the produced documents is completed.

1

4. Status of written discovery and document production:

The parties have completed their productions of documents. However, Defendants produced more than 100,000 documents. That production was not completed until late September due to its voluminous nature. Due to technical difficulties, a small portion of the documents were corrupt or inaccessible. Plaintiff has promptly identified those as they have completed their review, and Defendants have reproduced them promptly as well. But reproductions are continuing as late as yesterday. Plaintiff's counsel is a small firm and is not able to fully review documents to allow Plaintiff's counsel to begin depositions.

The parties therefore jointly request an extension of the discovery deadline by 16 weeks, from Friday, November 1, 2024 to **Monday, February 24, 2025**. The parties believe that there is good cause to support this request, as they have been diligent in their exchange of documents and communications. This request is made in good faith and is not made purely for purposes of delay. The parties believe that granting this request is in the interest of justice and will not legally prejudice any party.

5. Status of Settlement Negotiations:

The parties believe that it is necessary to proceed with discovery before discussing settlement

Dated: October 15, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Tamara Holder | /s/ Rachel Cowen |
| Tamara Holder | Rachel Cowen |
| Attorney for Plaintiff | *Attorney for Defendants* |
| | |
| | /s/ Jean Edmonds |
| | Jean Edmonds |
| | *Attorney for Defendants* |

Report Filed By:
By: */s/ Jean Edmonds*
Jean Edmonds (IL Bar No. 6338928)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Tele: +1 212 547 5571
Fax: +1 212 547 5444
jedmonds@mwe.com