**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| Tracy Cohen, | ) | |
| | ) | Case No. 1:24-cv-569 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Honorable Martha Pacold |
| Kering, Gucci, Gucci America, Inc., and | ) | |
| Gucci North American Holdings, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING MOTION TO WITHDRAW</u>

To: Rachel Cowen
Jean Edmonds
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029

PLEASE TAKE NOTICE that on November 27, 2024, I filed The Law Firm of Tamara N.

Holder's Motion to Withdraw in the above-captioned case. I caused a copy of the Combined

Motion to Withdraw and a copy of the Notice of Filing to be served on counsel of record listed

above via email.

Dated: November 27, 2024

Respectfully submitted,

*/s/ Tamara Holder*
Tamara Holder

Tamara N. Holder (ARDC No. 6284888)
**The Law Firm of Tamara N. Holder, LLC**
917 West Washington Blvd., Suite 222
Chicago, Illinois 60607
312/440-9000
tamara@tamaraholder.com