# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN ) | |
| ) | No. 1:24-cv-569 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERING, GUCCI, ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and ) | |
| GUCCI NORTH AMERICAN ) | Hon. Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of October 31, 2024 [ECF No. 32], the Parties submit this updated Joint Status Report.

Plaintiff's counsel filed a motion to withdraw as counsel on November 27, 2024. That motion is pending before the Court. Prior to that motion being filed, the Parties had completed their production of documents and taken depositions of Michael Aguilera and Bryant Turner.

All other depositions (including Plaintiff's deposition) have been suspended due to Plaintiff's counsel's motion to withdrawal. Discovery had previously been scheduled to be completed by February 24, 2025 [ECF No. 32]. That deadline may need to be extended due to Plaintiff's need to replace her prior counsel and the need to reschedule approximately seven depositions.

Dated: December 4, 2024

1

Respectfully submitted,

| | |
|---|---|
| */s/ Tamara Holder* | */s/ Rachel Cowen* |
| Tamara Holder | Rachel Cowen |
| Attorney for Plaintiff | *Attorney for Defendants* |
| | |
| | */s/ Jean Edmonds* |
| | Jean Edmonds |
| | *Attorneys for Defendants* |

Report Filed By:
By: */s/ Jean M. Edmonds*
Jean M. Edmonds
McDermott Will & Emery LLP
IL SBN #6338928
One Vanderbilt Ave.
New York, NY 10017
Phone: (212) 547-5571
jedmonds@mwe.com

2