# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN ) | |
| ) | No. 1:24-cv-569 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERING, GUCCI, ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and ) | |
| GUCCI NORTH AMERICAN ) | Hon. Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## JOINT STATUS REPORT

This Joint Status Report complies with this Court's December 9, 2024 Order [ECF No. 36],

Judge Pacold granted the motion by Attorneys Tamara Holder and Alexis Pavlatos to withdraw as counsel for Plaintiff on December 19, 2024. Judge Pacold also allowed until February 18, 2025, for new counsel to appear on behalf of Plaintiff [ECF No. 38]. To date, there has been no such appearance of substitute counsel.

The Parties have had to pause discovery while Plaintiff seeks new counsel. Discovery had previously been scheduled to be completed by February 24, 2025 [ECF No. 32]. Given the withdrawal of Plaintiff's prior counsel, that deadline will need to be extended; the Parties intend to confer on a new proposed schedule when Plaintiff replaces her prior counsel.

Dated: January 16, 2025

1

Respectfully submitted,

/s/ Tracy Cohen
Tracy Cohen
Plaintiff *pro se*

/s/ Rachel Cowen
Rachel Cowen
*Attorney for Defendants*

/s/ Jean Edmonds
Jean Edmonds
*Attorney for Defendants*

Report Filed By:
By: **/s/ Jean M. Edmonds**
Jean M. Edmonds
McDermott Will & Emery LLP
IL SBN #6338928
One Vanderbilt Ave.
New York, NY 10017
Phone: (212) 547-5571
jedmonds@mwe.com