IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TRACY COHEN | ) | |
| | ) | No. 1:24-cv-569 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KERING, GUCCI, | ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and | ) | |
| GUCCI NORTH AMERICAN | ) | Hon. Magistrate Judge Jeffrey T. |
| Gilbert HOLDINGS, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## JOINT STATUS REPORT

This Joint Status Report is prepared in accordance with this Court's March 28, 2025, Minute Entry. [ECF No. 48].

The parties participated in an all-day mediation on Friday, April 4, 2025, and successfully resolved this matter.

A settlement agreement has been signed, and the parties anticipate filing a Stipulation of Dismissal on Monday, April 14, 2025.

Dated: 4/11/25

Respectfully submitted,

DELK McNALLY LLP

 /s/ Daniel J. Gibson
Daniel J. Gibson
Jason R. Delk
211 S. Walnut Street
Muncie, Indiana 47305
Tel: (765) 896-9495
gibson@delkmcnally.com
delk@delkmcnally.com
*Attorneys for Plaintiff*

1

McDERMOTT WILL & EMERY LLP

 /s/ Rachel B. Cowen
Rachel B. Cowen
Jean M. Edmonds
444 West Lake Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-2082
rcowen@mwe.com
jedmonds@mwe.com
*Attorneys for Defendants*