IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TRACY COHEN | ) | |
| | ) | No. 1:24-cv-569 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KERING, GUCCI, | ) | Hon. Judge Martha M. Pacold |
| GUCCI AMERICA, INC., and | ) | |
| GUCCI NORTH AMERICAN | ) | Hon. Magistrate Judge Jeffrey T. |
| Gilbert HOLDINGS, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, by counsel, and the Defendants, by counsel, hereby stipulate to the dismissal of this action, with prejudice, without costs or attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DELK McNALLY LLP

/s/ Daniel J. Gibson
Daniel J. Gibson
Jason R. Delk
211 S. Walnut Street
Muncie, Indiana 47305
Tel: (765) 896-9495
gibson@delkmcnally.com
delk@delkmcnally.com
*Attorneys for Plaintiff*

McDERMOTT WILL & EMERY LLP

/s/ Jean M. Edmonds
Rachel B. Cowen
Jean M. Edmonds
444 West Lake Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-2082
rcowen@mwe.com
jedmonds@mwe.com
*Attorneys for Defendants*